

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00058-CV

**HEB GROCERY COMPANY L.P.**,
Appellant

v.

Maria Del Rosario **DEL CID**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018-CVF-001384-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the trial court's order denying the appellant's motion to stay the litigation in the underlying cause regarding the appellee's claim is REVERSED, and the cause is REMANDED to the trial court for the entry of an order staying all proceedings in the underlying cause pending the outcome of the arbitration of the claim of Juan P. Del Cid Castillo. It is ORDERED that appellant, HEB Grocery Company, L.P., recover its costs of this appeal from appellee, Maria Del Rosario Del Cid.

SIGNED July 31, 2019.

_____
Liza A. Rodriguez, Justice